UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| KELLY ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:26-CV-00062-DCLC-CRW |
| | ) | |
| vs. | ) | |
| | ) | |
| JOY CAMPANELLI, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER**

This matter is before the Court to consider the Order and Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 7]. In the R&R, the magistrate judge granted Plaintiff's Motion to Proceed *in forma pauperis* [Doc. 1]. The magistrate judge also recommended that Plaintiff's complaint [Doc. 2] be dismissed because it fails to provide sufficient facts to state a colorable claim. *See* [Doc. 7]. Plaintiff only provides a one-sentence description of her claim stating that "Defendants had ex parte communication," states this case "is within federal jurisdiction," and "demands damages to be decided by the Court." [Doc. 2]. Plaintiff did not file objections to the R&R.[1] *See* Fed. R. Civ. P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 7] is **ADOPTED**, and Plaintiff's complaint [Doc. 2] is **DISMISSED WITHOUT PREJUDICE**. A separate judgment shall enter.

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153–54 (1985).

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

2